*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, COGLEY, and MYERS
Appellate Military Judges

_____

## UNITED STATES
*Appellee*

**v.**

## Joseph M. ROJAS
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

## No. 202100223

_____

Decided: 27 January 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Kyle G. Phillips (trial)
Glen R. Hines (Entry of Judgment)

Sentence adjudged 17 June 2021 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 100 days, forfeiture of $1,100.00 pay per month for three months, and a bad-conduct discharge.

For Appellant:
*Commander Kyle C. Kneese, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.